U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| *John Cekaj* | | |
| Presiding Judge: Dora L. Irizarry | Date of Hearing: May 8, 2013 | Type of Hearing: Sentencing |
| Docket Number: 11 CR 486 | Date of Initial Appearance: July 13, 2011 | Date of Release: July 20, 2011 |

### SUMMARY OF RELEASE INFORMATION:

This defendant was released by United States Magistrate Judge Cheryl L. Pollak on July 20, 2011 on a $1,000,000 cosigned and secured bond with the following additional release conditions: travel restricted to the Eastern and Southern Districts of New York; no contact with co-defendants unless in the presence of counsel; surrender all passports and do not re-apply; subject to random home visits by Pretrial Services; report as directed to Pretrial Services; subject to home detention with GPS location monitoring with time outs for court appearances, attorney meetings, medical emergencies, work, and church as approved by Pretrial Services. Because this defendant resides in the Southern District of New York, he is directly supervised by a Pretrial Services officer in the Southern District of New York – White Plains office.

### COMPLIANCE WITH RELEASE CONDITIONS:

This defendant has been in compliance with his release conditions and has not been the subject of any violations.

### UPDATED SOCIAL INFORMATION:

This defendnat continues to reside at 7 Dogwood Lane, Putnam Valley, New York 10579. He also continues to work at FJS Plumbing as a plumber and earns approximately $800 per week. There has been no significant change in his mental or physical health since the time of the initial Pretrial Services bail report.

### VERIFICATION OF COMMUNITY TIES:

The last home visit was April 25, 2013 and on April 29, 2013 was the last office visit. The defendant has been providing residence and employment verification as directed by Pretrial Services.

### ADJUSTMENT TO SUPERVISION:

This defendant successfully adjusted to supervision and no significant issues were identified during the supervision period. The only reported issue is that this defendant sometimes forgets to take his GPS tracker with him when he goes to certain parts of his property, thus causing "out of range" notifications. However, Pretrial Services does not consider these significant issues.

## CRIMINAL RECORD CHECK:

A criminal record check conducted on May 1, 2013 revealed no new arrests, criminal activity, or warrants for this defendant since the time of the initial Pretrial Services bail report.

## REASSESSMENT OF RISKS:

Pretrial Services has not identified any additional risks of danger or flight other than those identified in the initial Pretrial Services bail report.

## CONDITIONS TO CONSIDER AT SENTENCING:

Should Your Honor sentence the defendant to a period of incarceration, Pretrial Services feels he can be given a voluntary surrender date based on his above-noted compliance.

## REQUEST TO MODIFY CONDITIONS OF RELEASE:

There is no request to modify bail conditions at this time.

## COMMENTS:

Submitted by:

_____
Michael Ilaria
U.S. Pretrial Services Officer

Approved by:

_____
Ignace Sanon-Jules
Supervising U.S. Pretrial Services Officer

Date:   May 1, 2013